1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIKA JOHNSON, | Case No. 2:15-cv-02487-RFB-NJK |
| Plaintiff(s), | |
| | ORDER |
| vs. | |
| INTERNAL REVENUE SERVICE, et al., | (Docket No. 9) |
| Defendant(s). | |

Pending before the Court is a motion seeking to include this case in the Short Trial Program. Docket No. 9.  At this time, Defendants have not yet appeared in the case, so the motion is **DENIED** as premature.  Plaintiff may renew the motion after Defendants have appeared.

IT IS SO ORDERED.

Dated: February 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge