# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANIKA JOHNSON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> INTERNAL REVENUE SERVICE, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:15-cv-02487-RFB-NJK <br><br> ORDER TO SHOW CAUSE |

On June 10, 2016, an answer was filed. Docket No. 15. To date, the parties have failed to file a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to show cause in writing, no later than August 8, 2016, why they failed to comply with the Local Rules as outlined above. Alternatively, the filing of a joint proposed discovery plan by that date will suffice to discharge this order to show cause.

IT IS SO ORDERED.

DATED: August 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge