UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANIKA JOHNSON,<br>         Plaintiff(s),<br>vs.<br>INTERNAL REVENUE SERVICE, et al.,<br>         Defendant(s). | Case No. 2:15-cv-02487-RFB-NJK<br>ORDER<br>(Docket No. 30) |

Pending before the Court is Plaintiff's motion to "offer to pay what is due." Docket No. 30. Defendants filed a response. Docket No. 31. No reply has been filed. The Court has reviewed the arguments presented and the record, and agrees with Defendants that the motion lacks merit. Accordingly, the motion is hereby **DENIED**.

IT IS SO ORDERED.

Dated: December 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge