```
                                    ___ FILED        ___ RECEIVED
                                    ___ ENTERED      ___ SERVED ON
                                                     COUNSEL/PARTIES OF RECORD

                                           MAR 29 2017

                                        CLERK US DISTRICT COURT
                                         DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

DAVID A. HUBBERT
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
202-307-6484
Virginiacronan.lowe@usdoj.gov

DANIEL BOGDEN
United States Attorney
*Of Counsel*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIKA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br>JEFF WALLBAUM, acting Chief Financial Officer,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>ANIKA JOHNSON,<br><br>    Counterclaim Defendant. | Case No. 2:15-cv-02487 RFB-NJK<br><br>[~~PROPOSED~~] STIPULATED ORDER FOR ENTRY OF JUDGMENT |

1

The United States of America, by and through the undersigned counsel, and Anika Johnson, hereby stipulate as follows:

1. The plaintiff and counterclaim defendant Anika Johnson (Johnson) filed a "Complaint (Corrected)" (Doc. 6) in which she maintained that she obtained an uncontested Judgment against the Internal Revenue Service (IRS) on October 16, 2012, from the Office of the Secretary of State for North Las Vegas Region Court District, Clark County, United States of America.

2. On June 10, 2016, the United States filed an Answer and Counterclaim (Doc. 15) in this matter requesting the Court dismiss Johnson's complaint and enter an order nullifying the alleged judgment and UCC Financing Statements filed with the State of California, purporting to impose liens on the personal property of federal employees; expunging the public records of the filings; and enjoin Johnson from future filings of such documents. The United State agrees to waive any claim for costs and attorney's fees in this

3. Johnson consents to the entry of this Stipulated Order for Entry of Judgment without further notice and agrees that this Court shall retain jurisdiction over her for the purpose of implementing and enforcing the Stipulated Order for Entry of Judgment. Johnson further understands that if she violates the injunctive relief set forth in this order she may be found to be in contempt of court and may be sanctioned for the violation.

4. The United States and Anika Johnson, agree to bear their own costs, including any attorney's fees, in this action.

WHEREFORE, the Court hereby FINDS, ORDERS, and DECREES:

5. The Internal Revenue Service and Jeff Wallbaum are not proper party defendants and can be dismissed from this action.

6. The Complaint (Doc. 6) is hereby dismissed pursuant to Fed.R.Civ.P. 12(b)(3) and (6). The Complaint fails to set forth a waiver of sovereign immunity and fails to set forth a claim upon which relief may be granted.

7. Judgment is hereby entered in favor of the United States, and against Anika Johnson, on the specific claims set forth in the United States Counterclaim, as follows. (Doc. 15).

8. IT IS ORDERED THAT the UCC Financing Statements:

| Filing Numbers | Date Filed |
|---|---|
| 117283995489 | September 8, 2011 |
| 117284615893 | September 14, 2011 |
| 127308584098 | April 12, 2012 |
| 127314430196 | May 22, 2012 |
| 137348317401 | February 12, 2013 |

filed by Plaintiff/Counterclaim Defendant Anika Johnson, with the Secretary of State for the State of California, are declared null, void, and of no legal effect and shall be stricken and permanently expunged from the records of the Secretary of State for the State of California.

9. IT IS FURTHER ORDERED that Anika Johnson, her agents, employees, and all others in active concert or participation with her, are permanently enjoined from filing, or attempting to file, any document or instrument which (1) purports to create a nonconsensual lien against the property of any federal officer or employee, or which (2) contains any personal information (such as the social security number or the residence address) of any federal officer or employee.

10. IT IS FURTHER ORDERED that the Judgment from the Office Of The Secretary Of State For North Las Vegas Region Court District Clark County United States Of America and the Certification Of Foreign Judgment For Registration In Another District filed with the Second Judicial District Court, Weber County, State of Utah on October 9, 2012, are declared null, void, and of no legal effect, and shall be stricken and permanently expunged from the public record.

11. IT IS FURTHER ORDERED that Anika Johnson, her agents, employees, and all others in active concert or participation with her are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a judgment from an invalid or fraudulent court regarding her outstanding federal tax liabilities.

12. IT IS FURTHER ORDERED that any violation of this injunction imposed by this Judgment may result in the imposition of appropriate sanctions as well as constituting contempt of court.

13. IT IS FURTHER ORDERED that the United States may record the Judgment in the public records as necessary in order to effectuate paragraphs 5 through 11 of this Judgment.

IT IS SO ORDERED.

Dated: 3/29/17

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Prepared by:

DAVID A. HUBBERT
Acting Assistant Attorney General

_____
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
United States Department of Justice

Reviewed and Agreed by:

_____
ANIKA JOHNSON
5805 Kane Holly St.
Las Vegas, NV 89130
Telephone: (702)341-6735

4